# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON GUNN, | Case No.: 2:18-cv-01766-APG-NJK |
|     Plaintiff(s), | |
| | **ORDER** |
| v. | [Docket Nos. 2, 4, 5] |
| LOCATE SOURCE AMERICA, LLC, et al., | |
|     Defendant(s). | |

Pending before the Court are various motions filed by Plaintiff. Docket Nos. 2, 4, and 5. The Court has not yet screened Plaintiff's complaint as required by 28 U.S.C. § 1915(e), which may take several months given the Court's workload. *See* Docket No. 3 (advisory letter). Accordingly, the various motions pending at Docket Nos. 2, 4, and 5 are **DENIED** without prejudice as premature.

Lastly, the Court notes that one of the motions is fashioned as an "order." Docket No. 5. Litigants do not file orders. Future filings seeking relief must be fashioned as "motions" or "stipulations," as appropriate. *See* Local Rules 7-1, 7-2.

IT IS SO ORDERED.

Dated: December 21, 2018

_____
Nancy J. Koppe
United States Magistrate Judge