# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON GUNN, | Case No.: 2:18-cv-01766-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| SEAN P. HILLIN, et al., | [ECF No. 10] |
| Defendants | |

Magistrate Judge Koppe recommended that I dismiss this case without prejudice because plaintiff Jason Gunn did not file an amended complaint by the deadline of February 25, 2019. ECF No. 10. Gunn did not file an objection to that recommendation. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation **(ECF No. 10) is accepted**. Plaintiff Jason Gunn's complaint is DISMISSED without prejudice. The clerk of the court is directed to close the file.

DATED this 11th day of April, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE